IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRICK M. GARBETT, | No. 2:18-CV-1793-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER SCHAFFER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On August 16, 2018, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2018, are adopted in full;

2. Jennifer Schaffer and Board of Prison Hearings are dismissed as defendants to this action, which shall proceed as against defendants Anderson and Andres only; and

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 25, 2018.

_____
UNITED STATES DISTRICT JUDGE