IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRICK M. GARBETT, | No. 2:18-CV-1793-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ARTHOR ANDERSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 18) for an extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing therefor, the motion is granted. Plaintiff may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: November 30, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1